UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      Case No. 21-cv-10622

vs.                                       HON. MARK A. GOLDSMITH

ANNETTA POWELL, et al.,

        Defendant.
_____/

**ORDER GRANTING GOVERNMENT'S MOTION TO CORRECT REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT (Dkt. 109)**

        The Government moves unopposed for authorization to file a corrected paragraph to its reply in support of its motion for summary judgment (Dkt. 109). The Court grants the Government's motion. The Government is directed to file a memorandum setting forth the corrected paragraph by May 3, 2023.

        SO ORDERED.

Dated: April 27, 2023                              s/Mark A. Goldsmith
      Detroit, Michigan                         MARK A. GOLDSMITH
                                                      United States District Judge