UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                             Case No. 21-cv-10622

v.                                       HON. MARK A. GOLDSMITH

ANNETTA POWELL et al.,

      Defendants.
_____/

## ORDER REGARDING POST-TRIAL SUBMISSIONS

As stated at the conclusion of the trial, the Court orders post-trial submissions as follows:

1. Each party must file on the docket proposed findings of facts and conclusions of law, which shall be attached as an exhibit to a memorandum, which shall also be filed on the docket. The memoranda shall set forth (i) a summary of facts, with such level of detail as a party may choose, and (ii) any authorities upon which a party relies in support of its conclusions of law and its position on evidence whose admission is disputed. These documents must be filed no later than 10 days following the date when the final installment of the trial transcript is made available. A party's memorandum may not exceed 25 pages; the findings of fact and conclusions of law may not exceed 35 pages.

2. A party may file a responding memorandum addressing the opposing party's initial filing. The responding memorandum must be filed no later than seven days following the filing of the opposing party's initial filing. The responding memorandum may not exceed 15 pages.

3. Footnotes may not be used for the citation of cases. In any filing (including attachments), a party may not have more than 25 lines of footnotes.

4. Each party must also submit its proposed findings of facts and conclusions of law via the utilities function.

     SO ORDERED.

Dated: January 12, 2024                         s/Mark A. Goldsmith
     Detroit, Michigan                      MARK A. GOLDSMITH
                                                   United States District Judge